People v Poulos (2024 NY Slip Op 06240)

People v Poulos

2024 NY Slip Op 06240

Decided on December 12, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:December 12, 2024

108662
[*1]The People of the State of New York, Respondent,
v
Tyson Poulos, Appellant.

Calendar Date:

Before:Aarons, J.P., Lynch, Ceresia, McShan and Mackey, JJ., concur. 

Motion for reargument.
Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is
ORDERED that the motion is granted, the memorandum and order decided and entered October 17, 2024 is vacated and the following memorandum and order is substituted therefor.
Aarons, J.P., Lynch, Ceresia, McShan and Mackey, JJ., concur.